# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA D. ARIAS,<br>        Plaintiff,<br><br>        v.<br><br>RODNEY EARL BRENNEMAN, et al.,<br>        Defendants. | Civil No. 5:21-cv-01818-JMG |

## ORDER

**AND NOW**, this 21ˢᵗ day of November, 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 29), Plaintiff's Opposition to the Motion for Summary Judgment (ECF No. 31), and any exhibits attached thereto, and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 29) is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

The Clerk of Court is **DIRECTED** to mark this case as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge